[No. 2367.]

LITCH v. THE PEOPLE EX REL. THE TOWN OF STERLING.

*Appeal from the County Court of Logan County.*

Messrs. ALLEN & WEBSTER and Mr. H. E. MUN-SON, for appellant.

Mr. GEO. E. McCONLEY, for appellee.

MAXWELL, J.

The facts in this case will be found in the opinion rendered in *M. Litch v. The People of the State of Colorado*, etc., *ante,* page 421. The questions presented for determination are the same as in that case, and for the reasons there given, the judgment of the county court will be affirmed.

*Affirmed.*

[No. 2368.]

LITCH v. THE PEOPLE EX REL. THE TOWN OF STERLING.

*Appeal from the County Court of Logan County.*

Messrs. ALLEN & WEBSTER and Mr. H. E. MUN-SON, for appellant.

Mr. GEO. E. McCONLEY, for appellee.

MAXWELL, J.

The facts in this case are stated in *M. Litch v. The People of the State of Colorado*, etc., *ante,* page 433. The same questions are presented in this case as in that, and for the reasons there given, the judgment will be reversed.

*Reversed.*

[No. 2373.]

THE CITY OF DENVER v. STROBRIDGE.

1. **Cities and Towns—Negligence—Defective Sidewalk—Evidence.**

In an action against a city for damages for personal injuries